UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SELENA THOMPSON, JON M. STEWART, CHRISTINE OST, AND JACOB MANNING, *on behalf of themselves and all other employees similarly situated,*

                    *Plaintiffs,*

v.

JIMMY JOHN'S FRANCHISE, LLC, JIMMY JOHN'S ENTERPRISES, LLC, JIMMY JOHN'S, LLC, SPIN THE PLANET, INC., STP JJ TEAM 1, LLC, d/b/a SPIN THE PLANET ENTERPRISES, d/b/a JIMMY JOHN'S, WTE, INC., AND DANIEL VANSTEENBURG,

                    *Defendants.*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

RECEIVED

Index No.
18-06181

CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs hereby dismiss the above-captioned matter without prejudice.

Dated: May 3, 2018.

                              THOMAS & SOLOMON LLP

          By:    /s/ Jessica L. Lukasiewicz
                   J. Nelson Thomas, Esq.
                   Michael J. Lingle, Esq.
                   Jessica L. Lukasiewicz, Esq.
                   *Attorneys for Plaintiffs*
                   693 East Avenue
                   Rochester, New York 14607
                   Telephone: (585) 272-0540
                   nthomas@theemploymentattorneys.com
                   mlingle@theemploymentattorneys.com
                   jlukasiewicz@theemploymentattorneys.com

SO ORDERED

*/s/ Charles Siragusa*
CHARLES J. SIRAGUSA
U.S. District Judge
DATE 5-8-18